IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMIE L. WOHLERS, | CV 17-122-M-JCL |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the unopposed motion to strike the sealed social security administrative record that was filed on December 20, 2017 (Doc. 7),

IT IS ORDERED that said administrative record (Doc. 7) is stricken from the Court record, and is to be replaced with the sealed certified administrative record to be filed before March 1, 2018, and that Plaintiff's opening brief will be filed on or before March 31, 2018, with all other deadlines from the Court's December 20, 2017 Social Security Briefing Schedule Order extended accordingly.

DATED this 1st day of February, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1