IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMIE LEE WOHLERS, | CV 17–122–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

Before the Court is counsel for Plaintiff, Andrew T. Koenig's motion for an award of attorney's fees, pursuant to 42 U.S.C. § 406(b). (Doc. 27.) On December 20, 2018, this Court reversed the Commissioner's decision denying Wohlers's application for benefits and remanded for additional agency proceedings. (Docs. 22, 23.) On April 29, 2019, the Court awarded Mr. Koenig $7,900.00 in EAJA fees. (Doc. 25.) On remand, the Commissioner awarded Wohlers past-due Title II benefits from March 30, 2015. (Doc. 27 at 2.) Of the total amount awarded, $20,795.00, representing 25% of the total award, has been withheld pending approval of attorney's fees. (*Id.*) Having reviewed the motion and associated declarations, the Court finds this amount to constitute a reasonable award of attorney's fees. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002).

1

Accordingly, IT IS ORDERED the motion (Doc. 27) is GRANTED. This Order shall serve as official approval of attorney Andrew T. Koenig's fees in the amount of $20,795.00.

IT IS FURTHER ORDERED that, upon receipt of such fees, Mr. Koenig shall reimburse Wohlers in the amount of $7,900.00, representing fees Mr. Koenig has already received.

DATED this 4th day of June, 2024.

_____
Dana L. Christensen, District Judge
United States District Court